```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

WALTER VILKAS,

            Plaintiff,

vs.                                    Case No. 2:03-cv-687-FtM-29DNF

COMMISSIONER OF SOCIAL SECURITY,

            Defendant.

_____

## OPINION AND ORDER

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #29), filed May 14, 2007, recommending that the Motion for Attorney's Fees Pursuant to 42 U.S.C. 406(b) (Doc. #17) be denied as moot and the Amended Motion for Attorney Fees (Doc. #23) be granted. No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); <u>Williams v. Wainwright</u>, 681 F.2d 732 (11th Cir. 1982), <u>cert. denied</u>, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. §

636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED**:

1. The Report and Recommendation (Doc. #29) is hereby **adopted** and specifically incorporated herein.

2. The Motion for Attorney's Fees Pursuant to 42 U.S.C. 406(b) (Doc. #17) is **DENIED** as moot.

3. The Amended Motion for Attorney Fees (Doc. #23) is **GRANTED** and counsel for plaintiff is awarded **$6,170.25** in attorney's fees pursuant to 42 U.S.C. § 406(b).

4. As a result, counsel shall reimburse plaintiff in the amount of $831.63 which was the amount awarded as EAJA fees. The Amended Judgment (Doc. #16) is therefore **vacated** as to the $831.63 in attorney fees.

5. The Clerk shall enter a Second Amended Judgment awarding attorney's fees in the amount of $6,170.25 pursuant to 42 U.S.C. §

406(b) with all other aspects of the Judgment and Amended Judgment remaining as previously entered.

**DONE AND ORDERED** at Fort Myers, Florida, this __7th__ day of June, 2007.

_____
JOHN E. STEELE
United States District Judge

Copies:
Hon. Douglas N. Frazier
United States Magistrate Judge

Counsel of Record